### 9843. CLEMENTS *v.* THE STATE.

BROYLES, P. J. The answer of the trial judge to the petition for certiorari
was neither traversed nor excepted to. The evidence, as set forth in
the answer, with the legal inferences and deductions arising therefrom,
authorized the finding of the trial judge, exercising by consent the func-
tions of both judge and jury; and the judge of the superior court did
not err in overruling the certiorari.

> *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
> DECIDED OCTOBER 8, 1918.

Certiorari; from Jones superior court—Judge Park. April 30,
1918.

*R. C. Jenkins, R. D. Stubbs,* for plaintiff in error.

*Doyle Campbell, solicitor-general,* contra.

---

### 9850. BAUGHN *v.* THE STATE.

BROYLES, P. J. The motion for a new trial contains only the usual general
grounds. The verdict was authorized by the evidence and approved by
the trial judge.

> *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
> DECIDED OCTOBER 8, 1918.

Accusation of misdemeanor; from city court of Savannah—
Judge Rourke. April 20, 1918.

*Robert L. Colding,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.